IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 96-41156
Summary Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCUS LAMAR JOHNSON,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:96-CR-33-1
- - - - - - - - - -
July 23, 1997

Before HIGGINBOTHAM, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Marcus Lamar Johnson appeals his convictions for conspiracy and possession with intent to distribute cocaine under 21 U.S.C. §§ 841(a)(1) and 846. The affidavit supporting the search warrant was not bare bones and the district court did not plainly err in denying Johnson's motion to suppress. United States v. Satterwhite, 980 F.2d 317, 320 (5th Cir. 1992). The record was not devoid of evidence to prove a conspiracy between Johnson and

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Shanta Chunn to violate the narcotics laws and to prove Johnson's possession with intent to distribute cocaine. <u>United States v. Laury</u>, 49 F.3d 145, 151 (5th Cir.), <u>cert. denied</u>, 116 S. Ct. 162 (1995).

AFFIRMED.